Judge Berger,

    My name is Kyle Dudding. I am writing this letter to help provide you with some insight into the character of my brother Geoffrey. I'm sure some context into how a person is outside of your interactions with them can be helpful in providing a sentence to a guilty party, as well as some background about some people that know them. Hopefully this letter can provide a bit of that.

    I never like talking about myself, but I imagine that is helpful here. I am thirty-seven years old. Although, young to most people I meet, life hasn't been the easiest. We didn't grow up well-off. I feel as though that has helped in life. It makes one appreciate what they have, and to value the free things in life: family, friends. These bonds and connections have instilled in my brother and I loyalty, respect, and a responsibility to those that are closest us. Our parents taught us to value and respect every person we met, to treat them with kindness. The golden rule. Treat others as you want to be treated.

    My brother has not made the best of choices, obviously as I am writing you this letter to give you a better idea of him before sentencing him for pleading guilty to a crime. However, that does not mean Geoff is a terrible individual. He has always been there to help out others. I have always said he would give the shirt off his back to help someone. This is not an extreme example of that but one I think gives a general idea of the bonds he forges. There was one Easter, at this point almost 20 years ago, Geoff had leave from MOS training in the Marines. He asks my mother if a couple of his buddies could come to Easter dinner as they had nowhere to go. My mother agreed. I know this may seem like nothing, but Geoff did not want to leave his brothers alone without family to spend a major holiday alone. I believe that says a lot about a person, even though in the grand scheme of things it seems like a small gesture.

    I hope this illustrates in a small part how my brother is. The bonds he forges with people are strong and deep. There are many more examples, but I do not want to take up too much of your valuable time. I have known him my whole life and have always seen him act with kindness and generosity. I hope this has helped some in providing insight into who Geoff is as a person. Stories and words can only go so far in trying to glean these things from someone you don't know, but I hope this helps.

    Thank you,
        Kyle Dudding

To the Honorable Judge Wendy Berger

    I am Randall Dudding, Geoffrey's father. I am 70 years old was on disability, now retired, living in Concord, NC. Before my disability my work was a number of different occupations. Work had been construction, restaurant, retail and warehouses.

    The day Geoffrey was arrested it surprised me. He had been talking about going to the local community college for training as a chef and getting a car to take me to Dr. appointments and other transportation needs. He has helped me when he could with money and groceries.

    When my wife, his mother was battling cancer, he helped with caring for her. The last few weeks of her life was home hospice.  She was basically comatose; he helped his siblings and me with changing bed sheets, dispensing medications and various other needs.

    Geoffrey helped with a deck and ramp for a church friend that had become disabled.  My pastor oversaw the project which took a couple of days. Geoffrey has a little carpentry experience from my sister's partner who had a construction and remodeling business. He's a good worker and does what's needed for the job.

    These are just a couple of examples of how my son is. He helps people when he can or finds someone who can. We raised our children that way. My apologies for the brevity of this letter. I'm not much of a writer, even less of a typist. I hope this helps your decision.

    Thank you for your attention to this matter.


    Randall Dudding